# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133166
& (40)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE CONTEMPT OF LYLE E. DICKSON
_____

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ERIC ANDRES ANDERSON,
     Defendant,

and

LYLE E. DICKSON,
     Appellant.

_____/

SC: 133166
COA: 263794
Livingston CC: 05-021213-AV
53rd Dist Ct: 05-2206-SD

On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk